11-4-15

3

A-1757

To: Judge Denise Page Hood.

From: Linda Whittley,

RECEIVED NOV 24 2015 CLERK OFFICE DETROIT

I had Dow Corning implants placed 11-13-85 in Orlando Florida by Dr James Baker. I am asking to be a participant in the class action lawsuit. My left implant has ruptured & the right is also deteriorating. I have chest pain where the rupture is and it always hurts. I have a copy of my mammogram that shows how bad it is. I have a local plastic surgeon in Merritt Island where I live, that is qualified to do the surgery that I need to remove them. Financially I am a single parent, my husband is deceased and I would like for Dow Corning to help me with this expense. I was never told or expected any problems down the road. I am not looking forward to this surgery because

over →

they have to take out the implants and take away a lot of tissue + hope to get all the silicone. Please help me if you can.

Thank you.

[signature]

Linda Whittley
15 Corriente St.
Merritt Island, Fl. 32952.

Linda Whittley
15 Corrieate St.
Merritt Island, Fl 32952

ORLANDO FL 328
04 NOV 2015 PM 4 L



Judge Denise Page Hood
U.S. District Court of Eastern Michigan
Dow Litigation Unit
231 West Lafayette Blvd.
Detroit, Michigan  48226